B1 (Official Form 1) (4/10)

| UNITED STATES BANKRUPTCY COURT WESTERN DISTRICT OF TEXAS SAN ANTONIO DIVISION | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle): **Aztech Rentals of San Antonio, Inc** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **74-1728332** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State): **3439 Rosevelt Ave San Antonio, TX** ZIP CODE **78214** | Street Address of Joint Debtor (No. and Street, City, and State): ZIP CODE |
| County of Residence or of the Principal Place of Business: **Bexar** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): **3439 Rosevelt Ave San Antonio, TX** ZIP CODE **78214** | Mailing Address of Joint Debtor (if different from street address): ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | ZIP CODE |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontigent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

**B1 (Official Form 1) (4/10)**                                                                                                 **Page 2**

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): **Aztech Rentals of San Antonio, Inc** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed:<br>**None** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor    (If more than one, attach additional sheet.)

| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☑ Exhibit A is attached and made a part of this petition. | Exhibit B<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>                                                                         Date |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2011 (Build 9.0.83.1, ID 1936724357)*

B1 (Official Form 1) (4/10)

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):  **Aztech Rentals of San Antonio, Inc** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7]  I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition]  I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X_____

X_____

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition.  A certified copy of the order granting recognition of the foreign main proceeding is attached.

X_____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X  **/s/ J. Todd Malaise**

**J. Todd Malaise**          Bar No. **00796984**

**Malaise Law Firm**
**909 NE Loop 410, Ste 300**
**San Antonio, TX 78209**

Phone No.**(210) 732-6699**      Fax No.**(210) 732-5826**

5/26/2011
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that:  (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.  Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)  (Required by 11 U.S.C. § 110.)

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**Aztech Rentals of San Antonio, Inc**

X  **/s/ Douglas H. Raney**
Signature of Authorized Individual

**Douglas H. Raney**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**5/26/2011**
Date

_____

Address

X_____

_____
Date

Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

### UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

IN RE:  **Aztech Rentals of San Antonio, Inc**                    CASE NO

                                                                 CHAPTER    **11**

## EXHIBIT "A" TO VOLUNTARY PETITION

---

1.  Debtor's employer identification number is_____**74-1728332**_____.

2.  If any of debtor's securities are registered under section 12 of the Securities and Exchange Act of 1934, the SEC file number is_____.

3.  The following financial data is the latest available information and refers to the debtor's condition on_____.

    a. Total Assets

    b. Total Liabilities

| Secured debt | Amounts | Approximate number of holders |
|---|---|---|
| Fixed, liquidated secured debt | | |
| Contingent  secured debt | | |
| Disputed secured debt | | |
| Unliquidated secured debt | | |
| Unsecured debt | Amounts | Approximate number of holders |
| Fixed, liquidated unsecured debt | | |
| Contingent  unsecured debt | | |
| Disputed unsecured debt | | |
| Unliquidated unsecured debt | | |
| Stock | Amounts | Approximate number of holders |
| Number of shares of preferred stock | | |
| Number of shares of common stock | | |

*Comments, if any*

4.  Brief description of debtor's business:

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE:  **Aztech Rentals of San Antonio, Inc**                    CASE NO

                                                                                                   CHAPTER     **11**

## EXHIBIT "A" TO VOLUNTARY PETITION

*Continuation Sheet No. 1*

---

5.  List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 20% or more of the voting securities of the debtor:

---

6.  List the name of all corporations 20% or more of the outstanding voting securities of which are directly or indirectly owned, controlled, or held, with power to vote, by debtor:

---

I, _____**Douglas H. Raney**_____ , the_____**President**_____of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing Exhibit "A" to Voluntary Petition, and that it is true and correct to the best of my information and belief.


Date:___**5/26/2011**_____          Signature:__**/s/ Douglas H. Raney**_____
                                                                                          **Douglas H. Raney**
                                                                                          **President**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE:   **Aztech Rentals of San Antonio, Inc**                    CASE NO

                                                                   CHAPTER    **11**

## <u>VERIFICATION OF CREDITOR MATRIX</u>

      The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  5/26/2011 _____                Signature  _/s/ Douglas H. Raney_____
                                                           *Douglas H. Raney*
                                                           *President*

Date _____                   Signature _____

A to Z Tire & Battery, Inc
PO Box 9138
Amarillo, TX 79105


A-Tech Survey Supplies
705 Chickery
Corpus Christi, TX 78409


A. Div. of First Sound Bank
PO Box 1295
Issaquah, WA 98027


Ace Bolt & Screws
200 Brooklyn Ave
San Antonio, TX 78215


AGL Const Laser/MAC
3355 Solutions Center
Chicago, IL 60677


Airgas-Southwest
4700 Elmo Weedon, Ste 113
College, TX 77845


Alamo City Hydraulics
4709 Roosevelt Ave
San Antonio, TX 78214


Allied Financial
7103 Turfway Rd, Ste 306
Florence, KY 41042


Ally
PO Box 9001948
Louisville, KY 40290

American Rentals Assoc.
1900 19th St
Moline, IL 61625


AT&T
PO Box 5001
Carol Stream, IL 60197


AT&T
PO Box 6463
Carol Stream, IL 60197


AT&T Advertising/Punlishing
PO Box 5010
Carol Stream, IL 60197


AT&T Business Services
PO Box 78522
Phoenix, AZ 85062


AT&T Wireless Service
PO Box 8220
Aurola, IL 60572


Atlas Copco
PO Box 8500
Philadelphia, PA 19178


Atlas Copco Tools
75 Remittance Dr, Ste 3026
Chicago, IL 60675


Austin Dist. & MFG Corp.
PO Box 7890
Amarillo, TX 79114

Aztech Tents & Events
PO Box 3097
Houston, TX 77256


Baker Corp
PO Box 513967
Los Angeles, CA 90051


Bank of America
PO Box 15220
Wilmington, DE 19886


Bank of the West
475 Sansome St, 19th Fl
San Francisco, CA 9411


Big Eight Supply & Tools
10464 Brockwood Rd
Dallas, TX 75238


Bohls Equipment Co.
211 Probant St
San Antonio, TX 78204


Bomag Americas, Inc
2000 Kentville Road
Kewanee, IL 61443


Cameron Search/Staffing
745 E. Mulberry, Ste 170
San Antonio, TX 78212


Caterpillar Financials
PO Box 730681
Dallas, TX 75373

Cerda Industries
7425 Major
Houston, TX 77061


Certified Laboratories
PO Box 971269
Dallas, TX 75397


Champion Waste Service
PO Box 701689
Dallas, TX 75370


Chase
PO Box 94014
Palatine, IL 60094


Chase Auto Finance
PO Box 78068
Phoenix, AZ 85062


Cingular Wireless
P.O. Box 650574
Dallas, TX 75265


City of New Braunfels


City Tire Service


Comal County Tax Office
PO Box 311445
New Braunfels, TX 78131

Commercial Equipment
PO Box 11826
Eugene, OR 97440


Comptroller of Public Accounts
PO Box 149361
Austin, TX 78714


Contractors Buildings
PO Box 9694
Corpus Christi, TX 78469


Depco
PO Box 1058
Noblesville, IN 46061


DH Charles Engineering
4527 Montgomery, Ste M
Santa Rosa, CA 95409


Diesel Injection
1050 SE Loop 410
San Antonio, TX 78220


Ditch Witch of Central TX
16465 IH 35 N
Selma, TX 78154


Douglas Raney
328 Bluffcrest
San Antonio, TX 78216


Drug Screen on the Go
822 W. Wisconsin Rd
Edinburg, TX 78539

DSC Trucking Service
5115 S. Cockrell Hill Rd
Dallas, TX 75236


Eagle Print
PO Box 171170
San Antonio, TX 78217


Easy Drive
PO Box 19014
Austin, TX 78760


EDCO
100 Thomas Johnson Dr.
Frederick, MD 21702


Efficiency Production
685 Hull Rd
Mason, MI 18854


Electric Eel
501 W. Leffel Ln
Springfield, OH 45501


Electric Motor Service
1514 E Commerce St
San Antonio, TX 78205


Equipment Rental Service
13175 Research Blvd
Austin, TX 78750


Equipment Source
2205 Industrial Park Rd
Van Burden, AR 72956

```
FDR Services
PO Box
Bryan, TX 77805



FedX




Financial Pacific Leasing
PO Box 749642
Los Angeles, CA 90074



Financial Pacific Leasing
PO Box 749642
Dept. 1
Seattle, WA 98124

Fleet Business Productions
PO Box 380030
East Hartford, CT 06138



French Creek
626 13th St
Franklin Park, PA 16323



Futura Tools & Tech.
100 N. Rockwell, Bldg 96
Oklahoma City, OK 73127



Geith
24616 Network Pl
Chicago, IL 60673



General Eqquipment Co
PO Box 334
Owatonna, MN 55060
```

Griswold Machine & Eng.
PO Box 673407
Detroit, MI 48267


Herb & Sons Tire Service
14311 Toepperwein Rd, Ste 106
San Antonio, TX 78239


Herb & Sons Tire Service
5819 Sun Ridge
San Antonio, TX 78247


Hindley Electronics
715 Innovation Dr
Bowling Green, OH 43402


Hitachi Capital America
21925 Network Pl
Chicago, IL 60673


Holt Cat
PO Box 911975
Dallas, TX 75391


Humana
1100 Employers Blvd
Green Bay, WI
54344


Husqvarna Construction
PO Box 2771
Carol Stream, IL 60132


Hydraulic Specialist
7811 Fortune Dr.
San Antonio, TX 78250

ICM Construction
1003 E. Nakoma, Ste 104
San Antonio, TX 78216


Illusions Rentals & Designs
PO Box 1361
SAn Antonio, TX 78295


Improve Construction
PO Box 55281
Little Rock, AR 72215


Industrial Fire Protection
509 N. 5th St
Donna, TX 78537


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


John Deer Credit
PO Box 650215
Dallas, TX 75265


Joseph Dawnson
#6 6 Queens Gate
San Antonio, TX 78218


Kennedy
4202 Dividend Dr
San Antonio, TX 78219


Kent Automotive
PO Box 809401
Chicago, IL 60680

Komatsu Financial
PO Box 99303
Chicago, IL 60693


Kwik Kopy
1077 Central Pkwy South, Ste 500
San Antonio, TX 78232


Lay-Mor
401 Capacity Drive
Longview, TX 75604


Leaf
PO Box 644006
Cinncinnati, OH 45264


Lightbourne Equipment
PO Box 801870
Dallas, TX 75380


Lindsey Oil Co.
1127 March Ave
San Antonio, TX 78214


Mack Financial
PO Box 7247-0236
Philadelphia, PA 19170


Magneto Power
PO Box 560707
Dallas, TX 75356


Magnum Manhole & Und.
3828 Cavalier
Garland, TX 75042

Marshall Distributing Co.
PO Box 200186
San Antonio, TX 78220


McBride Electric
1278 Montalvo Way
Palm Springs, CA 92262


Metal Supply Co.
PO Box 840238
Dallas, TX 75284


Metroplex Welding
1970 W. Northwest Hwy
Dallas, TX 75220


MG Towing
2632 IH 35 South
New Braunfels, TX 78130


Miller Leasing Co
PO Box 5410
San Antonio, TX 78201


Mission Auto Parts
2918 Roosevelt Ave
San Antonio, TX 78214


Mobile Mini
PO Box 79149
Phoenix, AZ 85062


Mobile Products
401 Capacity Dr
Longview, TX 75604

Multiquip
PO Box 6254
Carsin, CA 90749


Nextel
PO Box 54977
Los Angeles, CA 90054


NMHG Financial Service
PO Box 643749
Pittsburgh, PA 15264


Office Depot
PO Box 9020
Des Moines, IA 50368


Office Depot
PO Box 689020
Des Moines, IA 50368


Padgett, Statemann & Co.
100 NE Loop 410,Ste 1100
San Antonio, TX 78216


Penske
PO Box 827380
Philadelphia, PA 19182


Peterson Tire Co.
2715 N, St. Marys St
San Antonio, TX 78212


Plains Capital Bank
150 E. Sonterra Blvd, Ste 150
San Antonio, TX 78258

Plywood & Doors MFRS
PO Box 7636
Philadelphia, PA 19101


PNC Equipment Finance
PO Box 931034
Cleveland, OH 44193


PPG Commercial
111 W. Rhapsody
San Antonio, TX 78216


PWM Electronics
225 N. Patterson St
Carey, OH 43316


Radiance Caoital
PO Box 1329
Bensalem, PA 19020


Ray's Tire Seervice
313 North Park Dr.
San Antonio, TX 78216


RDO Trust
PO Box 7160
Fargo, ND 58106


Red Hawk
PO Box 121089
Dallas, TX 75312


Rental One
PO Box 489
Colleyville, TX 76034

Rice Hydro
3500 Arrowhead Dr.
Carson City, NV 89706


Rush Truck Leasing
PO Box 34630
San Antonio, TX 78265


Saf-T-Box/PMB
20475 Hwy 46 W, Ste 180
Spring Branch, TX 78070


Saint-Gobain Abrasives
PO Box 911662
Dallas, TX 75391


ShorMax
825 S Loop West
Houston, TX 77054


Solutions By Computer
191 Chestnut St
Springfield, MA 01103


South Texas Trench
7775 Leopard St
Corpus Christi, TX 78409


Southern Tire Mart
PO Box 1000
Dept 143
Memphis, TN 38148


Speed Shore Corp
PO Box 4346
Dept 552
Houston, TX 77210

Sprint/Nextel
PO Box 660092
Dallas, TX 75266


Sprint/Nextel
PO Box 4181
Carol Stream, IL 60197


Stone Construction
8662 Main St
Honeoye, NY 14471


Stone Financing
PO Box 960
Honeoye, NY 14471


Sunbelt Mill Supply
7715 Grissom Rd
San Antonio, TX 78251


Sylvia S. Romo, CPA
Bexar County Tax Assessor-Collector
P.O. Box 839950
San Antonio, TX 78283-3950


Terex  Corp
12210 Collection Center
Chicago, IL 60693


Texas Tollways
125 E. 11th Street
Austin, TX 78701


Tool Town
PO Box 1029
Forney, TX 751

Town & Country Leasing
PO Box 329
East Petersburgh, PA 17520


Trench Plate Rental
13217 Lauredale Ave
Downey, CA 90242


Triple R DC Experts
2744 Rigsby Ave
San Antonio, TX 78222


TT Technologies
2020 E. New York St
Aurora, IL 60502


United Healthcare
Dept CH 10151
Palatine, IL 60055


US Trench-Tech
828 Howell Dr.
Coppell, TX 75019


Verizon Wireless
PO Box 660108
Dallas, TX 75266


Virginia Abrasives Corp/M&T Bank
PO Box 62514
Baltimore, MD 21264


Waste Management
PO Box 78251
Phoenix, AZ 85062

```
Welders Equioment Co
PO Box 201957
San Antonio, TX 78220


Welders Supply Co
5406 Jackwood
San Antonio, TX 78238
```