IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | BANKRUPTCY NO. 11-51824-C |
| | § | |
| AZTECH RENTALS OF SAN ANTONIO, INC. | § § | |
| | § | CHAPTER 11 PROCEEDING |
| DEBTOR | § | |

## MOTION FOR FINAL DECREE

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes AZTECH RENTALS OF SAN ANTONIO, INC., Debtor herein, and files this Report of Distribution under confirmed Plan of Reorganization and requests for closing pursuant to Rule 3022 Bankruptcy Rules of Procedure, and would show unto the Court as follows:

1. Debtor commenced these proceedings on May 26, 2011 under Chapter 11 of Title 11, United States Bankruptcy Code. Thereafter, Debtor's Plan of Reorganization was confirmed by Order of the Court.

2. The final payment on the last obligation owed under the terms of the Plan will occur on or before seven (7) more years.

3. From the date of confirmation, Debtor has complied with the terms of the Order Confirming Second Amended Plan of Reorganization by making payments required under the terms of the Plan.

4. These proceedings have been closed for administrative purposes. All contested matters, and adversary proceedings have been fully resolved by final order of this Court or by the Appellate Court of appropriate jurisdiction. Debtor anticipates no additional requests for relief within this Chapter 11 proceedings except for a fee application of Debtor's counsel.

5. While these proceedings have not been fully administered in terms of making final payments, Debtor has demonstrated compliance with all bankruptcy rules and procedures, and has attempted to adhered to the requirements of the Plan.

WHEREFORE, PREMISES CONSIDERED, Debtor respectfully requests that upon notice and hearing, this Court approve the final closing of this estate for all purposes, and grant unto Debtor such other relief in law and equity to which it may be justly entitled.

Respectfully submitted,

**MALAISE LAW FIRM**
909 N.E. Loop 410, Ste. 300
San Antonio, Texas 78209
Telephone: (210) 732-6699
Telecopier: (210) 732-5826

By: _____
J. Todd Malaise, SBN 00796984
David C. Werner, SBN 00797651
Kristina L. Gonzales, SBN 24065306
Steven G. Cennamo SBN 040405600
ATTORNEYS FOR DEBTOR

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Motion for Final Decree has been mailed to the parties listed below, and all parties listed on the attached hereto Exhibit "A" using the CM/ECF System or by First Class Mail, Postage Prepaid on this the _20th_ day of September, 2012.

Aztech Rentals of San Antonio, Inc
3439 Roosevelt Avenue
San Antonio, Texas 78214
Debtor

U.S. Trustee
P.O. Box 1539
San Antonio, Texas 78295-1539
U.S. Trustee

_____
STEVEN G. CENNAMO

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-5<br>Case 11-51824-lmc<br>Western District of Texas<br>San Antonio<br>Wed Sep 19 16:02:38 CDT 2012 | Aztech Rentals of San Antonio, Inc<br>3439 Rosevelt Ave<br>San Antonio, TX 78214-2605 | United States Trustee (SMG511)<br>U.S. Trustee's Office<br>615 E. Houston, Suite 533<br>P.O. Box 1539<br>San Antonio, TX 78295-1539 |
| U.S. BANKRUPTCY COURT<br>615 E. HOUSTON STREET, ROOM 597<br>SAN ANTONIO, TX 78205-2055 | A to Z Tire & Battery, Inc<br>PO Box 9138<br>Amarillo, TX 79105-9138 | A-Tech Survey Supplies<br>705 Chickery<br>Corpus Christi, TX 78409-3303 |
| A. Div. of First Sound Bank<br>PO Box 1295<br>Issaquah, WA 98027-0050 | AGL Const Laser/MAC<br>3355 Solutions Center<br>Chicago, IL 60677-3003 | AT&T<br>PO Box 5001<br>Carol Stream, IL 60197-5001 |
| AT&T<br>PO Box 6463<br>Carol Stream, IL 60197-6463 | AT&T Advertising/Punlishing<br>PO Box 5010<br>Carol Stream, IL 60197-5010 | AT&T Business Services<br>PO Box 78522<br>Phoenix, AZ 85062-8522 |
| AT&T Wireless Service<br>PO Box 8220<br>Aurola, IL 60572-8220 | Ace Bolt & Screws<br>200 Brooklyn Ave<br>San Antonio, TX 78215-1899 | Airgas-Southwest<br>4700 Elmo Weedon, Ste 113<br>College, TX 77845-3116 |
| Alamo City Hydraulics<br>4709 Roosevelt Ave<br>San Antonio, TX 78214-3211 | Allied Financial<br>7103 Turfway Rd, Ste 306<br>Florence, KY 41042-2053 | Ally<br>PO Box 9001948<br>Louisville, KY 40290-1948 |
| Ally Financial<br>c/o Ally Servicing LLC<br>P.O. Box 130424<br>Roseville, MN 55113-0004 | Ally Financial Inc. f/k/a GMAC Inc.<br>P.O. Box 130424<br>Roseville, MN 55113-0004 | American Express<br>PO Box 650448<br>Dallas, TX 75265-0448 |
| American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | American Rentals Assoc.<br>1900 19th St<br>Moline, IL 61265-4198 | Atlas Copco<br>3700 East 68th Ave.<br>Commerce City, CO 80022-2243 |
| Atlas Copco<br>PO Box 8500<br>Philadelphia, PA 19178-8500 | Atlas Copco Tools<br>75 Remittance Dr, Ste 3026<br>Chicago, IL 60675-3026 | Austin Dist. & MFG Corp.<br>PO Box 7890<br>Amarillo, TX 79114-7890 |
| Aztech Tents & Events<br>PO Box 3097<br>Houston, TX 77253-3097 | Baker Corp<br>PO Box 513967<br>Los Angeles, CA 90051-3967 | Bank of America<br>PO Box 15220<br>Wilmington, DE 19886-5220 |

**Exhibit "A"**

| | | |
|---|---|---|
| Bank of America, N.A.<br>P. O. Box 26012<br>NC4-105-03-14<br>Greensboro, NC 27420-6012 | Bank of the West<br>475 Sansome St, 19th Fl<br>San Francisco, CA 94111-3112 | Bexar County<br>c/o David G. Aelvoet<br>711 Navarro Suite 300<br>San Antonio, TX 78205-1749 |
| Big Eight Supply & Tools<br>10464 Brockwood Rd<br>Dallas, TX 75238-1640 | Bohls Equipment Co.<br>211 Probant St<br>San Antonio, TX 78204-1792 | Bomag Americas, Inc<br>2000 Kentville Road<br>Kewanee, IL 61443-1714 |
| Cameron Search/Staffing<br>745 E. Mulberry, Ste 170<br>San Antonio, TX 78212-3174 | Caterpillar Financial Services Corporation<br>c/o John M. Castillo<br>Farrimond Castillo & Bresnahan, P.C.<br>130 E. Travis St., Ste. 350<br>San Antonio, TX 78205-1784 | Caterpillar Financials<br>PO Box 730681<br>Dallas, TX 75373-0681 |
| Cerda Industries<br>7425 Major<br>Houston, TX 77061-4735 | Cerda Industries, Inc.<br>c/o The Law Office of Jay H. Dushkin<br>4615 Southwest Freeway, Ste. 600<br>Houston, TX 77027-7142 | Certified Laboratories<br>PO Box 971269<br>Dallas, TX 75397-1269 |
| Champion Waste Service<br>PO Box 701689<br>Dallas, TX 75370-1689 | Chase<br>PO Box 94014<br>Palatine, IL 60094-4014 | Chase Auto Finance<br>PO Box 78068<br>Phoenix, AZ 85062-8068 |
| Cingular Wireless<br>P.O. Box 650574<br>Dallas, TX 75265-0574 | Cintas Corporation<br>c/o Allen D. Russell<br>815 Walker Suite 250<br>Houston, Texas 77002-5764 | Coativ Capital Partners<br>655 Business Center Dr, #250<br>Horsham 19044-3448 |
| Comal County Tax Office<br>PO Box 311445<br>New Braunfels, TX 78131-1445 | Commercial Equipment<br>PO Box 11826<br>Eugene, OR 97440-4026 | Commercial Equipment Lease<br>Mark W. Stout<br>Padfield & Stout, L.L.P.<br>777 Main Street, Suite 1920<br>Fort Worth, Texas 76102-5354 |
| Comptroller of Public Accounts<br>PO Box 149361<br>Austin, TX 78714-9361 | Comptroller of Public Accounts<br>c/o Office of the Attorney General<br>Bankruptcy - Collections Division<br>PO Box 12548<br>Austin TX 78711-2548 | Contractors Buildings<br>PO Box 9694<br>Corpus Christi, TX 78469-9694 |
| County of Comal<br>c/o Lee Gordon<br>P.O. Box 1269<br>Round Rock, TX 78680-1269 | DH Charles Engineering<br>4527 Montgomery, Ste M<br>Santa Rosa, CA 95409-5363 | DH Charles Engineering<br>c/o Commercial Recovery Inc.<br>5430 Commerce Blvd Ste K<br>Rohnert Park, CA 94928-1639 |
| Dallas Service Center, Inc.<br>5115 S. Cockrell Hill Rd<br>Dallas, TX 75236-2029 | Deere & Company<br>6400 NW 86th Street<br>PO BOX 6600<br>Johnston, Iowa 50131-6600 | Deere Credit Services, Inc.<br>c/o Ed Phillips Jr.<br>8000 IH-10 West, Suite 1000<br>San Antonio, TX 78230-3870 |

| | | |
|---|---|---|
| Depco<br>PO Box 1058<br>Noblesville, IN 46061-1058 | Diesel Injection<br>1050 SE Loop 410<br>San Antonio, TX 78220-2621 | Ditch Witch of Central TX<br>16465 IH 35 N<br>Selma, TX 78154-1247 |
| Douglas R. Raney<br>c/o Dean W. Greer<br>2929 Mossrock, Suite 117<br>San Antonio, Texas 78230-5141 | Douglas Raney<br>328 Bluffcrest<br>San Antonio, TX 78216-1911 | Drug Screen on the Go<br>822 W. Wisconsin Rd<br>Edingburg, TX 78539-8692 |
| EDCO<br>100 Thomas Johnson Dr.<br>Frederick, MD 21702-4600 | Eagle Print<br>PO Box 171170<br>San Antonio, TX 78217-8170 | Easy Drive<br>PO Box 19014<br>Austin, TX 78760-9014 |
| Efficiency Production<br>685 Hull Rd<br>Mason, MI 48854-9271 | Efficiency Production<br>c/o Michael G Null, Attorney<br>20208 State Hwy. 71 West<br>Spicewood, TX 78669-6461 | Electric Eel<br>501 W. Leffel Ln<br>Springfield, OH 45506-3529 |
| Electric Motor Service<br>1514 E Commerce St<br>San Antonio, TX 78205-3324 | Equipment Rental Service<br>13175 Research Blvd<br>Austin, TX 78750-3210 | Equipment Source<br>2205 Industrial Park Rd<br>Van Burden, AR 72956-6003 |
| FDR Services<br>PO Box 3930<br>Bryan, TX 77805-3930 | Financial Pacific Leasing<br>PO Box 749642<br>Dept. 1<br>Seattle, WA 98124 | Financial Pacific Leasing<br>PO Box 749642<br>Los Angeles, CA 90074-9642 |
| Financial Pacific Leasing, LLC<br>Mark W. Stout, Padfield & Stout, L.L.P.<br>777 Main Street, Suite 1920<br>Fort Worth, Texas 76196-0001 | Fleet Business Productions<br>PO Box 380030<br>East Hartford, CT 06138-0030 | French Creek<br>626 13th St<br>Franklin Park, PA 16323-1433 |
| Fulbright & Jaworski L.L.P.<br>c/o Michael M. Parker<br>300 Convent Street, Suite 2100<br>San Antonio, TX 78205-3720 | Futura Tools & Tech.<br>100 N. Rockwell, Bldg 96<br>Oklahoma City, OK 73127-6109 | GE Capital<br>PO Box 802585<br>Chicago, IL 60680-2585 |
| Geith<br>24616 Network Pl<br>Chicago, IL 60673-1246 | General Electric Capital Corporation<br>c/o Mr. Brian Thompson<br>McGinnis, Lochridge & Kilgore, L.L.P.<br>600 Congress Avenue, Suite 2100<br>Austin, Texas 78701-2986 | General Eqquipment Co<br>PO Box 334<br>Owatonna, MN 55060-0334 |
| Gordon & Rees LLP<br>c/o Jeffrey D. Cawdrey<br>101 W. Broadway, Suite 2000<br>San Diego, CA 92101-8221 | Griswold Machine & Eng.<br>PO Box 673407<br>Detroit, MI 48267-3407 | H. Schneider & Associates Inc.<br>dba Allied Financial Solutions<br>7103 Turfway Rd. Ste 306<br>Florence, KY 41042-2053 |

| | | |
|---|---|---|
| Herb & Sons Tire Service<br>14311 Toepperwein Rd, Ste 106<br>San Antonio, TX 78233-3982 | Herb & Sons Tire Service<br>5819 Sun Ridge<br>San Antonio, TX 78247-1451 | Hindley Electronics<br>715 Innovation Dr<br>Bowling Green, OH 43402-7502 |
| Hitachi Capital America<br>21925 Network Pl<br>Chicago, IL 60673-1219 | Hitachi Capital America Corp.<br>c/o Leslie M. Luttrell<br>Richard E. Hettinger<br>Davidson & Troilo, P.C.<br>7550 W. IH-10, Ste. 800<br>San Antonio, TX 78229-5899 | Holt Cat<br>PO Box 911975<br>Dallas, TX 75391-1975 |
| Humana<br>1100 Employers Blvd<br>Green Bay, WI 54344-0002 | Humana Health Plan<br>PO Box 560<br>Carol Stream, IL 60132-0560 | Husqvarna Construction<br>PO Box 2771<br>Carol Stream, IL 60132-2771 |
| Hydraulic Specialist<br>7811 Fortune Dr.<br>San Antonio, TX 78250-5100 | ICM Construction<br>1003 E. Nakoma, Ste 104<br>San Antonio, TX 78216-2876 | ICM Of America, Inc.<br>1040 N. Redmond Rd.<br>Jacksonville, AR 72076-3656 |
| Illusions Rentals & Designs<br>PO Box 1361<br>SAn Antonio, TX 78295-1361 | Improve Construction<br>PO Box 55281<br>Little Rock, AR 72215-5281 | Industrial Fire Protection<br>509 N. 5th St<br>Donna, TX 78537-4801 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Jay H. Dushkin<br>Law Offices of Jay H. Dushkin<br>4615 Southwest Freeway, Suite 600<br>Houston, Texas 77027-7142 | John Deer<br>PO Box 650215<br>Dallas, TX 75265-0215 |
| John Deer Credit<br>PO Box 650215<br>Dallas, TX 75265-0215 | John Deere Construction & Forestry Company<br>6400 NW 86th Street<br>PO BOX 6600<br>Johnston, Iowa 50131-6600 | John Deere Financial, f.s.b.,<br>f/k/a FPC Financial, f.s.b.<br>P.O. Box 6600<br>Johnston, IA 50131-6600 |
| Joseph Dawnson<br>#6 6 Queens Gate<br>San Antonio, TX 78218-6001 | Kennedy<br>4202 Dividend Dr<br>San Antonio, TX 78219-2612 | Kent Automotive<br>PO Box 809401<br>Chicago, IL 60680-9401 |
| (p)KOMATSU FINANCIAL LIMITED PARTNERSHIP<br>1701 W GOFF ROAD SUITE 1-300<br>ROLLING MEADOWS IL 60008-4208 | Kwik Kopy<br>1077 Central Pkwy South, Ste 500<br>San Antonio, TX 78232-5073 | LEAF Funding, Inc.<br>c/o Blair Bruce<br>211 Florence<br>Tomball, Texas 77375-6635 |
| Langley & Banack, Inc.<br>745 E. Mulberry, Suite 900<br>San Antonio, TX 78212-3141 | Law Offices of Klein & Barenblat<br>115 E. Travis St., S-504<br>San Antonio, TX 78205-1611 | Lawson Products, Inc.<br>c/o Lawson Products, Inc.<br>1666 E. Touhy Ave.<br>Des Plaines, IL 60018-3607 |

Lay-Mor
401 Capacity Drive
Longview, TX 75604-5341

Leaf
PO Box 644006
Cinncinnati, OH 45264-0309

Lightbourne Equipment
PO Box 801870
Dallas, TX 75380-1870


Lindsey Oil Co.
1127 March Ave
San Antonio, TX 78214-2994

Linebarger Goggan Blair & Sampson, LLP
711 Navarro, Suite 300
San Antonio, TX 78205-1749

MG Towing
2632 IH 35 South
New Braunfels, TX 78130


Mack Financial
PO Box 7247-0236
Philadelphia, PA 19170-0001

Mack Financial Services, a division of VFS U
attention Gregory Robinson
P O Box 26131
Greensboro, NC 27402-6131

Mack Financial Services, a division of VFS U
c/o Jeffrey D. Cawdrey, Esq.
Gordon & Rees LLP
101 W. Broadway, Ste. 2000
San Diego, CA 92101-8221


Mack Financial Services, a division of VFS U
c/o Megan M. Adeyemo, Esq.
Gordon & Rees LLP
555 17th St., Ste. 3400
Denver, CO 80202-3937

Magneto Power
PO Box 560707
Dallas, TX 75356-0707

Magnum Manhole & Und.
3828 Cavalier
Garland, TX 75042-7507


Magnum Manhole & Underground Co Inc
c/o Julie A. Walker
Miller Mentzer PC
PO Box 130
Palmer, TX 75152-0130

Mark Browning
Assistant Attorney General
Bankruptcy & Collections Division
PO Box 12548
Austin, TX 78711 2548

Marshall Distributing Co.
PO Box 200186
San Antonio, TX 78220-0186


Marshall Distributing Company
Euler Hermes ACI
AGENT OF Marshall Distributing Company
800 Red Brook Boulevard
OWINGS MILLS, MD 21117-5173

McBride Electric
1278 Montalvo Way
Palm Springs, CA 92262-5441

Megan Adeyemo
Gordon & Rees LLP
555 Seventeenth St, Suite 3400
Denver, CO 80202-3937


Metal Supply Co.
5311 Clinton Dr.
Houston, TX 77020-7911

Metal Supply Co.
PO Box 840238
Dallas, TX 75284-0238

Metals Supply Company, Ltd.
c/o Dennis A. McQueen
Pagel, Davis & Hill, P.C.
1415 Louisiana, 22nd Floor
Houston, Texas 77002-7344


Metroplex Welding
1970 W. Northwest Hwy
Dallas, TX 75220-2392

Miller Leasing
c/o Bingham & Lea, P.C.
319 Maverick Street
San Antonio, Texas 78212-4637

Miller Leasing
clo Benjamin R. Bingham
Bingham & Lea, P.C.
319 Maverick Street
San Antonio, TX 78212-4637


Miller Leasing Co
PO Box 5410
San Antonio, TX 78201-0410

Mission Auto Parts
2918 Roosevelt Ave
San Antonio, TX 78214-2335

Mobile Mini
PO Box 79149
Phoenix, AZ 85062-9149


Mobile Products
401 Capacity Dr
Longview, TX 75604-5341

Multiquip
PO Box 6254
Carsin, CA 90749-6254

NMHG Financial Service
PO Box 643749
Pittsburgh, PA 15264-3749